UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

THE CITY OF NEW YORK,

                                       Plaintiff,

              -against-

AMERICAN MOTORISTS INSURANCE COMPANY, as successor in interest to CARLISLE INSURANCE COMPANY, and WESTCHESTER FIRE INSURANCE COMPANY,

                                         Defendants.

------------------------------------------------------------------- x

11-CV-3304 (RJH)

**NOTICE OF APPEARANCE**

        **PLEASE TAKE NOTICE** that Ari Biernoff, Assistant Corporation Counsel, hereby appears as a counsel of record for plaintiff The City of New York. The undersigned requests that his name be added to the mailing list maintained by the Clerk in this case and that all notices given or required to be given be served upon him via the ECF system.

Dated:      New York, New York
              May 26, 2011

                                             MICHAEL A. CARDOZO
                                             Corporation Counsel of the
                                               City of New York
                                             *Attorney for Plaintiff The City of New York*
                                             100 Church Street
                                             New York, New York 10007
                                             (212) 788-0967
                                             abiernof@law.nyc.gov

                                     By: _____
                                                Ari Biernoff (AB6357)