ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/31/11

*thomas.orofino@sedgwicklaw.com*

RECEIVED
MAY 2 5 2011
CHAMBERS OF
RICHARD J. HOLWELL

May 24, 2011

**BY FAX**

Hon. Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17B
New York, New York 10007
Fax: (212) 805-7948

Re: *The City of New York v. American Motorists Insurance Company and Westchester Fire Insurance Company*
Index No.:     1:11-cv-03304-RJH
Our File No.:   01560-007740

Your Honor:

This firm represents the defendant, Westchester Fire Insurance Company ("WFIC"), in the above-referenced matter currently pending before the Court.

In order to have adequate time to receive and review the claims file associated with this matter, plaintiff's counsel have previously agreed to an extension of time for WFIC to respond to the complaint.

Therefore, this request is unopposed and WFIC respectfully requests that the Court extend the deadline to respond to plaintiff's complaint from May 24, 2011 to **June 21, 2011.**

Thank you for your consideration.

Very truly yours,

Thomas R. Orofino
Joseph K. Powers

Sedgwick LLP

Cc:
Ari Biernoff, Esq.
fax: (212) 788-1633
*Attorney for The City of New York*

**SO ORDERED**

**RICHARD J. HOLWELL**
**UNITED STATES DISTRICT JUDGE**
5/27/11

NY/701105v1