

**CLAUSEN MILLER P.C.**  **CLAUSEN MILLER L.L.P.**  **CLAUSEN MILLER EUROPE**
CHICAGO, IL        LONDON, ENGLAND     Clausen Miller P.C.
IRVINE, CA                             Clausen Miller L.L.P., LONDON
NEW YORK, NY                           Tetaud-Lambard-Jami & Associés, PARIS
PARSIPPANY, NJ                         Studio Legale Corapi, ROME
SAN FRANCISCO, CA                      van Cutsem-Wittamer-Marnef & Partners, BRUSSELS
WHEATON, IL
SHANGHAI, CHINA

*Attorneys at Law*       One Chase Manhattan Plaza, 39th Floor • New York, NY 10005 • www.clausen.com
                         Tel: 212.805.3900 • Fax: 212.805.3939

**Steven J. Fried**
**Direct Line:**   212-805-3920
**Direct Fax:**    212-805-3939
**E-Mail:**        sfried@clausen.com

June 13, 2011

**VIA FACSIMILE**

Hon. Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17B
New York, New York 10007
Fax: (212) 805-7948

> Re:   **The City of New York v. American Motorists Insurance Company and Westchester Fire Insurance Company**
> Docket No.:    1:11-cv-03304-RJH
> Your File No.: 01560-007740
> Our File No.:  20-7464-00-9

Your Honor:

    This firm represents the defendant, American Motorists Insurance Company "(AMIC"), as successor in interest to Carlisle Insurance Company, in the above-referenced matter currently pending before the court. This defendant previously served an answer to plaintiff's complaint when this action was pending in the Supreme Court of the State of New York, County of New York and now owes an Answer to the Amended Complaint recently removed to this Court by co-defendant, Westchester Fire Insurance Company.

    Plaintiff's counsel has graciously agreed to an extension of time for AMIC to respond to the amended complaint.

    Therefore, this request is unopposed, and AMIC respectfully requests that the Court extend the deadline to respond to plaintiff's amended complaint to June 24, 2011.

308327.1

*Clausen*
*Miller*

Hon. Richard J. Holwell
June 13, 2011
Page 2

Thank you for your consideration.

Very truly yours,

CLAUSEN MILLER, P.C.

By: Steven J. Fried

cc: Thomas R. Orofino
Joseph K. Powers
Sedgwick LLP
125 Broad Street
39th Floor
New York, York 10004-2400
T: (212) 422-0202
F: (212)-422-0925

Ari Biernoff, Esq.
Fax: (212-788-1633
*Attorney for the City of New York*

300337.1