

**Clausen Miller**ₚc

| CLAUSEN MILLER P.C. | CLAUSEN MILLER L.L.P. | CLAUSEN MILLER EUROPE |
|---|---|---|
| CHICAGO, IL | LONDON, ENGLAND | Clausen Miller P.C. |
| IRVINE, CA | | Clausen Miller L.L.P., LONDON |
| NEW YORK, NY | | Tetaud-Lambard-Jami & Associés, PARIS |
| PARSIPPANY, NJ | | Studio Legale Corapi, ROME |
| SAN FRANCISCO, CA | | van Cutsem-Wittamer-Marnef & Partners, BRUSSELS |
| WHEATON, IL | | |
| SHANGHAI, CHINA | | |

*Attorneys at Law*    One Chase Manhattan Plaza, 39th Floor • New York, NY 10005 • www.clausen.com
Tel: 212.805.3900 • Fax: 212.805.3939

Steven J. Fried
Direct Line:   212-805-3920
Direct Fax:    212-805-3939
E-Mail:        sfried@clausen.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/11

June 13, 2011

**VIA FACSIMILE**

Hon. Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17B
New York, New York 10007
Fax: (212) 805-7948

Re:    **The City of New York v. American Motorists Insurance Company and Westchester Fire Insurance Company**
Docket No.:       1:11-cv-03304-RJH
Your File No.:    01560-007740
Our File No.:     20-7464-00-9

Your Honor:

This firm represents the defendant, American Motorists Insurance Company "(AMIC")", as successor in interest to Carlisle Insurance Company, in the above-referenced matter currently pending before the court. This defendant previously served an answer to plaintiff's complaint when this action was pending in the Supreme Court of the State of New York, County of New York and now owes an Answer to the Amended Complaint recently removed to this Court by co-defendant, Westchester Fire Insurance Company.

Plaintiff's counsel has graciously agreed to an extension of time for AMIC to respond to the amended complaint.

Therefore, this request is unopposed, and AMIC respectfully requests that the Court extend the deadline to respond to plaintiff's amended complaint to June 24, 2011.

SO ORDERED

RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
6/21/11

308327.1