UNITED STATES DISTRICT COURT       Index No. 1:11-cv-03304-RJI

SOUTHERN DISTRICT OF NEW YORK     X    ECF Case

THE CITY OF NEW YORK,

           Plaintiff,

   -against-

AMERICAN MOTORISTS INSURANCE           **RULE 7.1 STATEMENT**
COMPANY, as successor in interest to CARLISLE
INSURANCE COMPANY, and WESTCHESTER
FIRE INSURANCE COMPANY,

           Defendants.

_____ X

Pursuant to Federal Rule of Civil Procedure [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for American Motorists Insurance Company, as successor in interest to Carlisle Insurance Company, certify, upon information and belief, that the following are corporate parents, of said party.

American Motorist Insurance Company is a division or member company of Kemper Insurance Companies, is successor in interest to Kemper Indemnity Insurance Company, and is based in Long Grove, Illinois. Kemper Indemnity was successor in interest to Carlisle Insurance Company, now defunct. At the time of the events giving rise to the tort action related to this declaratory action, Carlisle Insurance Company was a company or division of Markel Corporation, based in Richmond, Virginia.

Dated: New York, New York
      June 23, 2011

                          By:    s/ Steven J. Fried
                                Steven J. Fried, Esq. (SF-3637)
                                CLAUSEN MILLER, P.C.
                                Attorneys for Defendant
                                American Motorists Insurance
                                To Carlisle Insurance Company
                                One Chase Manhattan Plaza

308871.1

New York, New York 10005
(212) 805-3900


TO:   Arie Biernoff, Esq.
Office of Michael A. Cardozo
Corporation Counsel of the City of New York
Attorneys for Plaintiff, The City of New York
100 Church Street – Room 20-101
New York, New York 10007

Thomas R. Orofino, Esq.
Joseph N. Powers, Esq.
Sedgwick, LLP
Attorneys for Defendant Westchester Fire
Insurance Company
125 Broad Street
39th Floor
New York, New York 10004-2400

308871.1