# AFFIDAVIT OF SERVICE VIA U.S. POSTAL SERVICE

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )

JENNIFER EHRHARDT, being duly sworn, deposes and says that I am not a party herein, I am over eighteen years of age; that I reside in Staten Island, New York, that I am an employee of CLAUSEN MILLER P.C., One Chase Manhattan, New York, New York 10005, attorneys for Defendant, **AMERICAN MOTORISTS INSURANCE,** that on the 24th day of June, 2011, I served the within RULE 7.1 STATEMENT via by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within this State, addressed to each of the following persons at the last known address set forth after each name:

TO:   Arie Biernoff, Esq.
      Office of Michael A. Cardozo
      Corporation Counsel of the City of New York
      Attorneys for Plaintiff, The City of New York
      100 Church Street – Room 20-101
      New York, New York 10007

      Thomas R. Orofino, Esq.
      Joseph N. Powers, Esq.
      Sedgwick, LLP
      Attorneys for Defendant Westchester Fire
      Insurance Company
      125 Broad Street
      39th Floor
      New York, New York 10004-2400

_____
JENNIFER EHRHARDT

Sworn to before me this
24th day of June, 2011

_____
NOTARY PUBLIC

JOSEPH W SZALYGA
Notary Public State of New York
No. 02SZ6105322
Qualified in Kings County
My Commission Expires February 9, 20 12

273411.1