UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

THE CITY OF NEW YORK,

                              Plaintiff,

    -against-

AMERICAN MOTORISTS INSURANCE COMPANY, as successor in interest to CARLISLE INSURANCE COMPANY, and WESTCHESTER FIRE INSURANCE COMPANY,

                              Defendants.

------------------------------------------------------------------- x

11-CV-3304 (RJH)

**NOTICE OF APPEARANCE**

        **PLEASE TAKE NOTICE** that Eric Proshansky, Assistant Corporation Counsel, hereby appears as a counsel of record for plaintiff The City of New York. The undersigned requests that his name be added to the mailing list maintained by the Clerk in this case and that all notices given or required to be given be served upon him via the ECF system.

Dated:    New York, New York
            June 29, 2011

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of the
                                              City of New York
                                          *Attorney for Plaintiff The City of New York*
                                          100 Church Street
                                          Rm. 20-99
                                          New York, New York 10007
                                          (212) 788-1324
                                          eproshan@law.nyc.gov

                                          By: _____
                                                 Eric Proshansky (EP 1777)