



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/11

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

Ari Biernoff
Phone: (212) 788-0967
Fax: (212) 788-1633
abiernof@law.nyc.gov

July 1, 2011

<u>Via Facsimile – (212) 805-7948</u>
Hon. Richard J. Holwell
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007



RECEIVED
JUL 01 2011
CHAMBERS OF
RICHARD J. HOLWELL

Re: The City of New York v. American Motorists Insurance Co. et al.,
11-CV-03304 (RJH)

Dear Judge Holwell:

    I write to respectfully request that the initial conference, which the Court has scheduled for July 28, 2011, be adjourned, as neither I nor my co-counsel for The City of New York will be in town that day. We propose August 1, August 2, or August 5, 2011 as alternative dates subject to the Court's availability. Counsel for the defendants consent to this request.

Respectfully submitted,

Ari Biernoff (AB 6357)
Assistant Corporation Counsel

cc:
Joseph K. Powers, Esq.
Sedgwick LLP
Facsimile (212) 422-0925

Steven J. Fried, Esq.
Clausen Miller P.C.
Facsimile (212) 805-3939

*Conference adjourned to September 9, 2011 at 10:00 a.m.*

SO ORDERED:
Date: 2/7/11
Richard J. Holwell, U.S.D.J.