UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

THE CITY OF NEW YORK,

                              Plaintiff,

                              11-CV-3304 (RJH)

        -against-

AMERICAN MOTORISTS INSURANCE COMPANY, as     **NOTICE OF APPEARANCE**
successor in interest to CARLISLE INSURANCE
COMPANY, and WESTCHESTER FIRE INSURANCE
COMPANY,

                              Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that Aaron Bloom, Assistant Corporation Counsel, hereby appears as a counsel of record for plaintiff The City of New York. The undersigned requests that his name be added to the mailing list maintained by the Clerk in this case and that all notices given or required to be given be served upon him via the ECF system.

Dated:        New York, New York
                 July 18, 2011

                                               MICHAEL A. CARDOZO
                                               Corporation Counsel of the
                                                 City of New York
                                               *Attorney for Plaintiff The City of New York*
                                                 100 Church Street
                                                 New York, New York 10007
                                                 (212) 788-0969
                                                 abloom@law.nyc.gov

                                                 By: _____
                                                       Aaron Bloom (AB1977)