```
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #:_____           │
│ DATE FILED: 9/8/11      │
└─────────────────────────┘
```



THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Aaron Bloom**
Phone: (212) 788-0969
Fax: (212) 788-1633
abloom@law.nyc.gov

September 6, 2011

**Via Hand Delivery and Facsimile – (212) 805-7948**
Hon. Richard J. Holwell
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: The City of New York v. American Motorists Insurance Co. et al.,
     11-CV-03304 (RJH)

Dear Judge Holwell:

   I represent the City of New York in the above-captioned case. An initial conference is scheduled for this Friday, September 9, 2011. I have conferred with counsel for the defendants, and the parties have all agreed to submit the enclosed Joint Proposed Scheduling Order, pursuant to your Honor's July 1, 2011 "Initial Scheduling Conference Notice and Order." Also enclosed (hard copy only, not via facsimile), pursuant to your Honor's "Individual Practices," are two copies of the pleadings filed in this case.

                Respectfully submitted,

                */s/ Aaron Bloom*
                Aaron Bloom (AB 1977)
                Assistant Corporation Counsel

cc (by facsimile and email):
Thomas R. Orofino
Sedgwick LLP
Thomas.orofino@sedgwicklaw.com
Facsimile (212) 422-0925

Steven J. Fried, Esq.
Clausen Miller P.C.
sfried@clausen.com
Facsimile (212) 805-3939

*[Handwritten note:]* In light of the parties' request for a pre-motion conference, the initial conference scheduled for Friday Sept. 9, 2011 shall proceed.

SO ORDERED

*/s/* USDJ 9/6/11