```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
THE CITY OF NEW YORK                    :         11 Civ. 03304 (RJH)(RLE)
                                        :
                 Plaintiff,             :
                                        :
        -against-                       :         ORDER OF REFERENCE
                                        :         TO A MAGISTRATE JUDGE
AMERICAN MOTORISTS INSURANCE COMPANY, as:
successor in interest to CARLISLE INSURANCE :
COMPANY, and WESTCHESTER FIRE INSURANCE :
COMPANY,                                :
                 Defendants.            :
----------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

_____
_____
_____

___   Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___   Specific Non-Dispositive Motion/Dispute:*

___   Habeas Corpus

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___   Social Security

___   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

 X    Settlement*

      Particular Motion:_____
      _____

___   Inquest After Default/Damages Hearing

      All such motions: ____

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED: 9/13/11  New York, New York

                                             /s/ Richard J. Holwell
                                             Richard J. Holwell
                                             United States District Judge