UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

THE CITY OF NEW YORK          Plaintiff,          Case No. 11-cv-3304 (RJH)

-against-

AMERICAN MOTORISTS
INSURANCE COMPANY, et al.     Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Aaron Michael Bloom**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AB 1977          My State Bar Number is 4247714

I am,
[✓] An attorney
[✓] A Government Agency attorney (New York City)
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Natural Resources Defense Council
            FIRM ADDRESS: 40 W. 20th St., New York, NY 10011
            FIRM TELEPHONE NUMBER: 212-727-4414
            FIRM FAX NUMBER: 212-727-1773

NEW FIRM:   FIRM NAME: New York City Law Department
            FIRM ADDRESS: 100 Church St., New York, NY 10007
            FIRM TELEPHONE NUMBER: 212-788-0969
            FIRM FAX NUMBER: 212-788-1633

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: September 15, 2011

_____
ATTORNEY'S SIGNATURE