UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/12
```

The CITY OF NEW YORK, et al.,

        Plaintiffs,

- against -

AMERICAN MOTORISTS INSURANCE CO., et al.,

        Defendants.

11 Civ. 03304 (RJH)

**ORDER
OF DISCONTINUANCE**

On September 15, 2011, this case was referred to Magistrate Judge Ronald L. Ellis for a settlement conference. Judge Ellis has informed the Court that the parties reached a settlement of this matter. Accordingly, it is hereby ORDERED that this action is discontinued without costs (including attorney's fees) to either party and without prejudice to restoration of the action to the calendar of the undersigned within 30 days of the date of this Order if in fact there has not been a settlement of this matter. If any party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 30-day period expires.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 30 days with a request that the agreement be "so ordered" by the Court.

SO ORDERED.

Dated:    January 10, 2012
              New York, New York

                                        RICHARD J. HOLWELL
                                        UNITED STATES DISTRICT JUDGE