UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

THE CITY OF NEW YORK,

                          Plaintiff,

          -against-                      11-CV-3304 (RJH)

AMERICAN MOTORISTS INSURANCE COMPANY, as   **STIPULATION OF**
successor in interest to CARLISLE INSURANCE   **DISCONTINUANCE**
COMPANY, and WESTCHESTER FIRE INSURANCE
COMPANY,

                         Defendants.

------------------------------------------------------------------ X

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent or a person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the case, the above-entitled action and all claims, cross-claims and counter claims asserted therein be, and the same hereby are, discontinued, with prejudice, with all costs and expenses to be borne by the respective parties, and without costs to any party as against the other; and

**IT IS FURTHER STIPULATED AND AGREED** that once fully executed this stipulation may be filed with the Clerk of the Court without further notice to any party. A facsimile copy may be filed with the same force and effect as that of an original.

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
*Attorneys for Plaintiff The City of New York*
100 Church Street, Room 20-84
New York, New York 10007
Telephone: (212) 788-0969
Facsimile: (212) 788-1633

By: _____
Aaron Bloom, Esq.
Assistant Corporation Counsel

Dated: New York, New York

3/23/12

SEDGWICK LLP
*Attorneys for Defendant Westchester Fire Insurance Co.*
125 Broad Street, 39th Floor
New York, New York 10004
Telephone: (212) 422-0202
Facsimile: (212) 422-0925

By _____
Joseph K. Powers, Esq.

Dated: New York, New York

3/21/12

CLAUSEN MILLER P.C.
*Attorneys for Defendant American Motorists Insurance Co.*
One Chase Manhattan Plaza
New York, New York 10005
Telephone: 212-805-3920
Facsimile: 212-805-3939

By: _____
Steven J. Fried, Esq.

Dated: New York, New York

3/23/12